PILLSBURY WINTHROP SHAW PITTMAN LLP
PAULA M. WEBER # 121144
MARGARET M. THOMSON # 259698
paula.weber@pillsburylaw.com
margaret.thomson@pillsburylaw.com
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendants
AT&T OPERATIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY AMIRTEYMOUR, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T OPERATIONS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 10CV0744 WQH RBB<br><br><u>NOTICE OF RELATED CASE</u> |

Pursuant to The Southern District Court Civil Rule 40.1(e), Counsel for AT&T Operations, Inc. provides notice that the above-entitled matter may be a Related Action, as defined by Civil Rule 40.1(f), to the following matters:

*Joseph Mahoney and Tonya Pillow v. AT&T Corp. et al.*, filed on February 13, 2008 in Los Angeles Superior Court, Case No. BC385361. On July 3, 2008, Plaintiffs filed a First Amended Complaint adding AT&T Operations, Inc. as a defendant and adding allegations that Defendants improperly classified California Project Managers and Sr. Project Managers working in specified business market channels as exempt from overtime

1  requirements.

2       *Kid v. AT&T Operations, Inc.* was filed December 18, 2008 in Los Angeles
3  Superior Court, Case No. BC404186. The Plaintiff in *Kid* alleges that a class of California
4  Project Managers and Sr. Project Managers were improperly classified as exempt. On
5  March 5, 2009, Plaintiff amended her complaint to limit the putative class to Project
6  Managers and Sr. Project Managers at issue in the *Mahoney* litigation.

7       The *Mahoney* and *Kid* matters were deemed related and have been consolidated for
8  settlement purposes.

9       The parties reached an agreement to settle the *Mahoney* and *Kid* matters, which
10  included a settlement sub-class of California Project Managers and Sr. Project Managers
11  who are individuals who (1) had the official job title of either Project Manager or Sr.
12  Project Manager during the relevant time period; (2) managed projects for external
13  customers of AT&T Corp., AT&T Operations, Inc. (formerly known as SBC Operations,
14  Inc.), AT&T Services, Inc., and/or Pacific Bell Telephone Company d/b/a AT&T California
15  (collectively "AT&T") in the Enterprise Business Services, Business Communications
16  Services, and/or Regional Business Markets market channels; and (3) were employed in
17  California by Pacific Bell Telephone Company and/or AT&T Operations, Inc. That
18  settlement and a notice of settlement was preliminarily approved by the Los Angeles
19  Superior Court on January 7, 2010.

20       Plaintiff Kathy Amirteymour is **not** a member of the *Mahoney/Kid* settlement class.
21  She did not, during the relevant time period, work in the Enterprise Business Services,
22  Business Communications Services, or Regional Business Markets market channels. Nor
23  did she manage projects for AT&T's external customers. Thus, these matters may not be
24  related to the action pending in this Court. However, Plaintiff purports to bring her action
25  on behalf of a putative class of current or former AT&T Operations employees who hold or
26  have held the job position of Project Manager or Sr. Project Manager during various stated
27  time periods, and some individuals in this alleged putative class are included in the
28  settlement sub-class preliminarily approved by the Court in *Mahoney* and *Kid*.

NOTICE OF RELATED CASE

Assignment of these matters to a single judge is not feasible or appropriate. The *Mahoney* and *Kid* matters are pending in State Court in Los Angeles County. These matters are nearly resolved, with a class wide settlement preliminarily approved by the court. Thus, assignment with a single district court judge, even if possible, would not likely effect a saving of judicial efforts or other economies.

Dated: April 13, 2010.

> PILLSBURY WINTHROP SHAW PITTMAN LLP
> PAULA M. WEBER
> MARGARET M. THOMSON
> 50 Fremont Street
> Post Office Box 7880
> San Francisco, CA 94120-7880
>
> By _____s/ Paula M. Weber_____
> Paula M. Weber
> E-mail: paula.weber@pillsburylaw.com
> Attorneys for Defendant
> AT&T OPERATIONS, INC.

**PROOF OF SERVICE BY MAIL**

I, Robert J. Foley, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On April 13, 2010, I served a true copy of the attached document(s) titled exactly NOTICE OF RELATED CASE by placing it/them in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

Michael M. Daly, Esq.
Daly Law Firm
2550 Fifth Avenue, Suite 900
San Diego, CA 92103

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of April, 2010, at San Francisco, California.

_____
Robert J. Foley