UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY AMIRTEYMOUR, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>AT&T OPERATIONS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　Defendants. | No. 10cv0744 WQH(RBB)<br><br>ORDER GRANTING IN PART PLAINTIFF'S EX PARTE MOTION TO MODIFY SCHEDULING ORDER TO EXTEND FILING DATE OF PLAINTIFF'S CLASS CERTIFICATION MOTION [ECF NO. 31] |

PURSUANT TO PLAINTIFF'S EX PARTE MOTION TO MODIFY SCHEDULING ORDER TO EXTEND FILING DATE OF PLAINTIFF'S CLASS CERTIFICATION MOTION, AND FOR GOOD CAUSE SHOWING, IT IS ORDERED that the deadline for Plaintiff to file a Motion for Class Certification be extended from June 1, 2011 to November 1, 2011.  The court will issue an Amended Case Management Order.

Dated: May 31, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　The Honorable Ruben B. Brooks
　　　　　　　　　　　　　　　　　　United States District Court