## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

AMIRTEYMOUR v. AT&T OPERATIONS, INC.                Case No. 10cv0744 WQH(RBB)
                                                    **Time Spent:**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
        Plaintiffs                          Defendants

Jeffrey Geraci                        Paula Weber
Michael Daly                          Margaret Thompson


PROCEEDINGS:    ___ In Chambers     ___ In Court    ___ Telephonic

On October 27, 2011, Plaintiff's counsel informed the Court that the entire case was settled.

Accordingly, the settlement conference on November 3, 2011, at 2:00 p.m. is vacated.

A telephonic, attorneys-only settlement disposition conference will be held on January 5, 2012, at 8:00 a.m., in the chambers of Magistrate Judge Brooks **UNLESS THE ORIGINAL SIGNED JOINT MOTION TO DISMISS THIS CASE IS E-FILED PRIOR TO THAT TIME AND A PROPOSED ORDER GRANTING THE JOINT MOTION IS E-MAILED TO THE ASSIGNED DISTRICT JUDGE.** The Joint Motion to Dismiss will be reviewed by Magistrate Judge Brooks. If a signed Joint Motion cannot be e-filed before the date indicated above, counsel shall contact the chambers of Magistrate Judge Brooks at least one court day before the date indicated above to explain the reasons therefor.

IN CASES INVOLVING PRO SE LITIGANTS OR WHERE ELECTRONIC FILING IS NOT REQUIRED, THE ORIGINAL AND COPIES OF A SIGNED JOINT MOTION TO DISMISS THIS CASE AND PROPOSED ORDER GRANTING THE JOINT MOTION SHALL BE HAND-DELIVERED OR MAILED TO MARCIA GARCIA, LEGAL ASSISTANT, CHAMBERS OF MAGISTRATE JUDGE BROOKS, 940 FRONT STREET, RM. 1185, SAN DIEGO, CA, 92101, PRIOR TO December 29, 2011. IF THE JOINT MOTION AND PROPOSED ORDER HAVE NOT BEEN SUBMITTED, A TELEPHONIC, ATTORNEYS-ONLY SETTLEMENT DISPOSITION CONFERENCE WILL BE HELD ON January 5, 2012, at 8:00 a.m. IN THE CHAMBERS OF MAGISTRATE JUDGE BROOKS. COUNSEL FOR PLAINTIFF IS TO INITIATE THE CALL.

**If the parties wish to consent to continuing magistrate judge jurisdiction, a consent form signed by the parties and counsel shall accompany the joint motion to dismiss. Consent forms are available in the Clerk's office or on-line.**

**Monetary sanctions may be imposed for failure to comply with this order.**


DATE: October 27, 2011            IT IS SO ORDERED:   *Ruben Brooks*
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge
cc:  Judge Hayes                          INITIALS: VL (mg/irc) Deputy
     All Parties of Record