| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | PAULA M. WEBER  # 121144 |
| 2 | paula.weber@pillsburylaw.com |
| | 50 Fremont Street |
| 3 | San Francisco, CA  94105-2228 |
| | Telephone: (415) 983-1000 |
| 4 | Facsimile: (415) 983-1200 |
| 5 | Attorneys for Defendant |
| | AT&T OPERATIONS, INC. |
| 6 | |
| | COHELAN KHOURY & SINGER |
| 7 | TIMOTHY D. COHELAN  # 60827 |
| | ISAM C. KHOURY  # 58759 |
| 8 | MICHAEL D. SINGER  # 115301 |
| | JEFF GERACI  # 151519 |
| 9 | 605 C Street, Suite 200 |
| | San Diego, CA  92101-5305 |
| 10 | Telephone:  (619) 595-3001 |
| | Facsimile:  (619) 595-3000 |
| 11 | |
| | Attorneys for Plaintiff |
| 12 | KATHY AMIRTEYMOUR |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY AMIRTEYMOUR, on behalf of herself and all others similarly situated, | No. 10cv0744 WQH(RBB) |
| Plaintiffs, | **JOINT MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS WITH PREJUDICE AND CLASS ALLEGATIONS WITHOUT PREJUDICE** |
| vs. | |
| AT&T OPERATIONS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Plaintiff KATHY AMIRTEYMOUR ("Plaintiff") and Defendant AT&T OPERATIONS, INC., ("AT&T") jointly apply for an Order Dismissing this action with prejudice as to Plaintiff and without prejudice as to the class action allegations, for the following good cause shown:

- 1 -   Case No. 10cv0744 WQH(RBB)

JOINT MOTION TO DISMISS PLAINTFF ALLEGATIONS WITH PREJUDICE AND CLASS ALLEGATIONS WITHOUT PREJUDICE

1     Plaintiff KATHY AMIRTEYMOUR, and Defendant AT&T were able to resolve all of Plaintiff's individual claims and Plaintiff has executed a release of all claims against Defendant and entered a written Settlement Agreement;

4     No motion to certify a class was made, a class was not certified, and no notice was sent to a prospective class;

6     IT IS STIPULATED AND AGREED by Plaintiff Kathy Amirteymour and Defendant AT&T through their respective counsel of record and subject to the approval of the Court that the instant action be dismissed with Prejudice as to Plaintiff's individual claims and Without Prejudice as to the asserted class claims, pursuant to Federal Rules of Civil Procedure Section 41(a)(2).

11     IT IS FURTHER STIPULATED that the Court shall retain continuing jurisdiction over the interpretation and enforcement of the Settlement Agreement and the payments to be made under the Settlement Agreement, and any disputes regarding these matters are to be ruled on by the Honorable Ruben B. Brooks, Magistrate Judge.

PILLSBURY WINTHROP SHAW PITTMAN LLP
PAULA M. WEBER
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880

Dated: December 20, 2011      By: s/Paula M. Weber
                                           Paula M. Weber
Attorneys for Defendant AT&T OPERATIONS, INC.

COHELAN KHOURY & SINGER
JEFF GERACI
605 C Street, Suite 200
SAN DIEGO, CA 92101-5305

Dated: December 20, 2011      By: s/ Jeff Geraci
                                           Jeff Geraci
Attorneys for Plaintiff KATHY AMIRTEYMOUR