FILED

11 DEC 21 AM 10: 39

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY AMIRTEYMOUR, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AT&T OPERATIONS, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 10cv0744 WQH(RBB)<br><br>**ORDER RE:**<br>**JOINT MOTION TO DISMISS**<br>**PLAINTIFF'S ALLEGATIONS**<br>**WITH PREJUDICE AND CLASS**<br>**ALLEGATIONS WITHOUT**<br>**PREJUDICE** |

PURSUANT TO THE JOINT MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS WITH PREJUDCE AND CLASS ALLEGATIONS WITHOUT PREJUDICE, AND FOR GOOD CAUSE SHOWN, IT IS ORDERED:

1. Plaintiff's allegations are dismissed in their entirety with PREJUDICE;

2. The class action claims alleged herein are dismissed WITHOUT PREJUDICE; and,

3. The Court hereby retains continuing jurisdiction over the interpretation, implementation and enforcement of the Settlement Agreement and the payments to be made under the Settlement Agreement.

IT IS SO ORDERED.

Dated: December 20, 2011    By: /s/ William Q. Hayes
   The Honorable William Q. Hayes
   Judge of the United States District Court